■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARMEL JOHNSON, Appellant. [716 NYS2d 330] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered January 12, 1998, convicting him of manslaughter in the first degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, reversal of his convictions is not warranted as a result of an alleged violation of the *Rosario* rule (*see, People v Haupt,* 71 NY2d 929; *People v Rosario,* 9 NY2d 286). In this regard, the trial court acted within the bounds of its discretion by granting the defendant's request for an adverse inference charge (*see, People v Banch,* 80 NY2d 610; *People v Wallace,* 76 NY2d 953, 955).

Viewing the evidence in the light most favorable to the prosecution, the evidence was legally sufficient to support the convictions (*see, People v Contes,* 60 NY2d 620).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are without merit. Santucci, J. P., Sullivan, Friedmann and Smith, JJ., concur.